IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID K. LEWIS,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**JAMES SMITH, et al.,**<br><br>                                    Defendants. | 1:08-CV-01866 OWW DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br><br>(Motion #13)<br><br>DEADLINE: August 20, 2009 |

On July 13, 2009, Defendant Smith filed a request to join the request for an extension of time to file a responsive pleading, filed by defendants Yap and Li on July 2, 2009. The Court finds there is good cause to grant Defendant Smith's request for an extension of time to reply to Plaintiff's Complaint.

Accordingly, Defendant Smith shall have until August 20, 2009, to file and serve his responsive pleading.

IT IS SO ORDERED.

Dated:   **July 14, 2009**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE