IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. LEWIS, | 1:08-CV-01866-OWW-DLB-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| JAMES SMITH, et al., | (ECF NO. 21) |
| Defendants. | AUGUST 13, 2010 DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2010, Defendants filed a motion to extend time to file a dispositive motion. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted up to and including August 13, 2010 in which to file a dispositive motion.

IT IS SO ORDERED.

Dated:   **July 1, 2010**          /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE