# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. LEWIS, | 1:08-CV-01866-OWW-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| JAMES SMITH, et al., | (DOC. 39) |
| Defendants. | |

Plaintiff David K. Lewis ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2010, Defendants James Smith, Steven Yap, and Yen Li filed a motion for summary judgment. Doc. 30. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Neither party filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having

carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 7, 2011, is adopted in full;
2. Defendants' motion for summary judgment, filed August 19, 2010, is GRANTED;
3. Summary judgment is granted in favor of Defendants James Smith, Steven Yap, and Yen Li; and
4. Defendants James Smith, Steven Yap, and Yen Li are dismissed from this action.

IT IS SO ORDERED.

**Dated:   March 14, 2011**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2