# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. LEWIS, | CASE NO. 1:08-CV-01866-LJO-DLB PC |
|     Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL (DOC. 45) |
|     v. | |
| JAMES SMITH, et al., | |
|     Defendants. | |

Plaintiff David K. Lewis ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant S. Nguyen for violation of the Eighth Amendment. On February 14, 2012, the parties filed a stipulation of voluntary dismissal of this action. An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant S. Nguyen are the only parties remaining in this action. Pursuant to this stipulation, the Court HEREBY ORDERS the Clerk of the Court to close this action. This dismissal is with prejudice. Each party shall bear his own costs and fees.

IT IS SO ORDERED.

**Dated:   February 15, 2012**              /s/ Lawrence J. O'Neill
                                                                                UNITED STATES DISTRICT JUDGE